612

372 A.2d 428
Commonwealth v. Reidenbaugh, Appellant.

Submitted April 12, 1976. Ralph J. Cappy, Public Defender, for appellant; Louis R. Paulick, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 428
Commonwealth v. Roberts, Appellant.

Submitted September 11, 1975. Joseph N. Bongiovanni, III, for appellant; Mark Sendrow, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.